# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL NO. CIV-26-01622-R |
| v. | ) ) | |
| PAYCOM PAYROLL, LLC | ) ) | |
| Defendant. | ) ) ) | |

## <u>ENTRY OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Plaintiff U.S. Equal Employment Opportunity Commission. As an attorney for an agency of the federal government, I certify that I am admitted to practice in this Court and am registered to file electronic documents electronically with this court.

Respectfully submitted this 17th day of July , 2026,

/s/ Patrick J. Holman
PATRICK J. HOLMAN, OBA No. 21216
Senior Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Oklahoma City Area Office
215 Dean A. McGee Ave., Suite 524
Oklahoma City, OK 73102
(405) 666-0374 (telephone)
(314) 539-7895 (fax)

1

2

patrick.holman@eeoc.gov (e-mail)

**ATTORNEY FOR PLAINTIFF EEOC**